UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| COURTNEY AJNA EL, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 4:21-cv-35 |
| v. | ) ) | Judge Atchley |
| ALLEN JEFFREY REIS, *et al.*, | ) ) | Magistrate Judge Steger |
| Defendants. | ) | |

## ORDER

On May 31, 2022, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation [Doc. 13] pursuant to 28 U.S.C. § 636 and the Rules of this Court. Magistrate Judge Steger recommended the action be dismissed without prejudice for lack of personal jurisdiction and improper venue. [*Id.* at 3]. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation [*Id.*], as well as the record, and agrees with Magistrate Judge Steger's conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Steger's findings of fact and conclusions of law as set forth in the Report and Recommendation. [Doc. 13]. Thus, this action is hereby **DISMISSED** without prejudice.

**SO ORDERED**.

/s/ *Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] Magistrate Judge Steger advised that the parties had fourteen days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 3 at 12 n.9]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").